No. 84–6345.  DOE v. BOARD OF BAR OVERSEERS OF MASSA-CHUSETTS ET AL.  Sup. Jud. Ct. Mass.  Certiorari denied. ■

No. 84–6365.  GOCHNOUR v. MARSH, SECRETARY OF THE ARMY.  C. A. 5th Cir.  Certiorari denied. ■

No. 84–6374.  FRAZIER v. LOPES, CONNECTICUT COMMIS-SIONER OF CORRECTION.  C. A. 2d Cir.  Certiorari denied. ■

No. 84–6378.  MAXWELL v. BORDEN, INC.  C. A. 2d Cir.  Certiorari denied.

No. 84–6438.  VALLES v. UNITED STATES.  C. A. 9th Cir.  Certiorari denied.

No. 84–6441.  SLOAN v. UNITED STATES.  C. A. 2d Cir.  Certiorari denied.

No. 84–6443.  PRIDE v. UNITED STATES.  C. A. 6th Cir.  Certiorari denied.

No. 84–6446.  SMITH v. UNITED STATES.  C. A. 4th Cir.  Certiorari denied.

No. 84–6456.  BURNS v. UNITED STATES.  C. A. 9th Cir.  Certiorari denied.

No. 84–6457.  LOPEZ v. O'BRIEN, WARDEN.  C. A. 10th Cir.  Certiorari denied.

No. 84–6463.  WINTERHALDER v. UNITED STATES.  C. A. 10th Cir.  Certiorari denied.

No. 83–6361.  MANZANARES v. NEW MEXICO.  Sup. Ct. N. M.  Certiorari denied.  JUSTICE WHITE would grant certiorari. ■

No. 84–1009.  BAILEY ET AL. v. ILLINOIS.  App. Ct. Ill., 2d Dist.  Certiorari denied.  JUSTICE BRENNAN and JUSTICE MAR-SHALL would grant the petition for writ of certiorari and reverse the judgment of the Appellate Court of Illinois, Second District.